| | |
|---|---|
| 1 | JULIANA DROUS |
| 2 | Attorney at Law, SBN 92156 |
|   | 214 Duboce Avenue |
| 3 | San Francisco, CA  94103 |
|   | Telephone (415) 863-3580 |
| 4 | Facsimile (415) 255-8631 |
|   | jdrous@msn.com |
| 5 | Attorney for Petitioner |
|   | KRISTI LYN LUNBERY |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KRISTI LYN LUNBERY, | ) | No. |
| Petitioner, | ) ) | MOTION FOR PERMISSION TO PROCEED IN FORMA PAUPERIS |
| vs. | ) | |
| TINA HORNBEAK, Warden, and THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA | ) ) ) | |
| Respondents. | ) | |

    I swear under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them.

    I have been incarcerated since April 8, 2004.  I am presently incarcerated at Valley State Prison for Women.  Because of my poverty, the California Court of Appeal, First Appellate District appointed counsel to represent me on appeal.

    Since my incarceration, I have received no money, except for the money my family sends to me.  I have no employment, no interest or dividends, own no property, and receive no pensions, annuities or life insurance payment.  I have no bank accounts, either checking or savings.

    I have no assets, and no one owes me any money.  I do not expect any major changes in my financial situation while I am confined on the life sentence imposed upon me by the California Superior Court.

1 | I believe I am entitled to redress.  I swear under penalty of perjury under United States laws
2 | that the foregoing is true and correct.

4 | Dated: April 9, 2007                                    /s/
  |                                                KRISTI LYN LUNBERY