JULIANA DROUS
Attorney at Law (State Bar No. 92156)
214 Duboce Avenue
San Francisco, CA 94103
Telephone (415) 863-3580
Facsimile: (415) 255-8631
jdrous@msn.com

Attorney for Petitioner
KRISTI LYN LUNBERY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LYN LUNBERY,<br><br>　　　　Petitioner,<br><br>　　vs.<br>TINA HORNBEAK, Warden,<br>and THE ATTORNEY GENERAL OF THE<br>STATE OF CALIFORNIA<br><br>　　　　Respondents. | No. C 07-3105 PJH<br><br>MOTION FOR TRANSFER<br>28 U.S.C. § 2241 (d) |

　　　　On June 13, 2007, counsel filed this Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) in this Federal District Court.. After filing the petition, counsel was advised that the state sentencing court, the Shasta County Superior Court, is in the United States District Court for the Eastern District of California. Thus, pursuant to 28 U.S.C. § 2241 (d), this petition should have been filed in the Eastern District Federal Court.

　　　　Pursuant to 28 U.S.C. § 2241 (d), petitioner respectfully requests that in furtherance of justice, that this Court transfer her application to the District Court for the Eastern District of California.

DATED: June 19, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JULIANA DROUS

## DECLARATION OF SERVICE BY MAIL

Re:   In re Kristi Lyn Lunbery                                          C 07 3105 PJH

      I, JULIANA DROUS, declare that I am over 18 years of age and not a party to the within cause; my business address is 214 Duboce Avenue, San Francisco, California 94103. I served a true copy of the attached: MOTION FOR TRANSFER, 28 U.S.C. § 2241(d), on the following, by placing same in an envelope addressed as follows:

Attorney General for the
State of California
P.O. Box 944255
Sacramento, CA  94244-2550

Clerk, Shasta County Superior Court
1500 Court Street
Redding, CA 96001

Kristi Lyn Lunbery X-05377
P.O. Box 92
Chowchilla, CA 93610-0092

      Said envelopes were then, on June 19, 2007, sealed and deposited in the United States Mail at San Francisco, California, the county in which I am employed, with the postage thereon fully prepaid. I declare under penalty that the foregoing is true and correct. Executed on June 19, 2007, at San Francisco, California.

                                                          _____
                                                          JULIANA DROUS