JULIANA DROUS
Attorney at Law (State Bar No. 92156)
214 Duboce Avenue
San Francisco, CA  94103
Telephone (415) 863-3580
Facsimile: (415) 255-8631
jdrous@msn.com

Attorney for Petitioner
KRISTI LYN LUNBERY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LYN LUNBERY, | No. C 07-3105 PJH |
| Petitioner, | PROPOSED ORDER RE: TRANSFER OF CASE |
| vs. | 28 U.S.C. § 2241 (d) |
| TINA HORNBEAK, Warden, and THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA | |
| Respondents. | |

In the furtherance of justice, IT IS HEREBY ORDERED pursuant to 28 U.S.C. § 2241 (d), the application of petitioner Kristi Lyn Lunbery, requesting a writ of habeas corpus (28 U.S.C. § 2254), is transferred to District Court for the Eastern District of California.

DATE: _____

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE