1   JULIANA DROUS
    Attorney at Law (State Bar No. 92156)
2   214 Duboce Avenue
    San Francisco, CA 94103
3   Telephone (415) 863-3580
    Facsimile: (415) 255-8631
4   jdrous@msn.com

5   Attorney for Petitioner
    KRISTI LYN LUNBERY
6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  KRISTI LYN LUNBERY,                  )      No. C 07-3105 PJH
                                         )
12              Petitioner,              )      ~~PROPOSED~~ ORDER
                                         )      RE: TRANSFER OF CASE
13       vs.                             )      28 U.S.C. § 2241 (d)
                                         )
14  TINA HORNBEAK, Warden,               )
    and THE ATTORNEY GENERAL OF THE      )
15  STATE OF CALIFORNIA                  )
                                         )
16              Respondents.             )
                                         )
17  _____ )

18       In the furtherance of justice, IT IS HEREBY ORDERED pursuant to 28 U.S.C. § 2241 (d),

19  the application of petitioner Kristi Lyn Lunbery, requesting a writ of habeas corpus (28 U.S.C. §

20  2254), is transferred to District Court for the Eastern District of California.

21

22  DATE:  6/26/07

23                                              HON. PHYLLIS J. HAMILTON
                                                UNITED STATES DISTRICT COURT JUDGE
24
                                                IT IS SO ORDERED
25
                                                Judge Phyllis J. Hamilton
26

27

28